NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GORGE DESIGN GROUP LLC, KIRBY ERDELY,**
*Plaintiffs-Appellees*

**v.**

**MEANING XUANSHENG,**
*Defendant*

**NEOMAGIC CORPORATION, DBA WWW.MERCADOMAGICO.COM,**
*Defendant-Appellant*

---

2021-1695

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:20-cv-01384-WSS, Judge William S. Stickman IV.

---

## JUDGMENT

---

STANLEY DONALD FERENCE, III, Ference & Associates LLC, Pittsburgh, PA, argued for plaintiffs-appellees. Also represented by BRIAN SAMUEL MALKIN.

ANDREW TIMOTHY OLIVER, Amin Turocy & Watson, LLP, San Jose, CA, argued for defendant-appellant. Also

represented by MICHAEL CHAOCHA TING, Goodwin Procter LLP, Redwood City, CA.

LAWRENCE A. STEIN, College of Law, Northern Illinois University, De Kalb, IL, for amicus curiae Lorianne Updike Toler.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, CLEVENGER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 6, 2023 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |